FILED IN
COURT OF CRIMINAL APPEALS
OCT 27 2015
Abel Acosta, Clerk

No. _1413994 A, etc_

RECEIVED IN
COURT OF CRIMINAL APPEALS
OCT 28 2015
Abel Acosta, Clerk

IN THE

COURT OF CRIMINAL APPEALS

AUSTIN, TEXAS

FILED IN
COURT OF CRIMINAL APPEALS
OCT 28 2015
Abel Acosta, Clerk

MARCUS LEE BENITEZ

V.

THE STATE OF TEXAS

From Appeal NO. _01-15-00262-CR_

Trial Cause NO. _1413994_

Harris, County

## FIRST MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETONARY REVIEW

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

Comes now, MARCUS LEE BENITEZ, Petitioner, and files this Motion for an extension of Sixty (60) days in which to File a Petition for Discretionary Review. In support of this motion, appellant shows the Court the Following:

1 of 3

## I.

The Petitioner was convicted in the 262th District Court of Harris County, Texas of the offence of AGG ROBBERY-over 65 or Disable in Cause no. 1413994, styled State of Texas vs. MARCUS LEE BENITEZ. The Petitioner appealed to the Court of Appeals, FIRST DISTRICT OF TEXAS Supreme Judicial District. The case was affirmed on September 29, 2015.

## II.

The present deadline for filing the Petition for Discretionary Review is October 29, 2015. The Petitioner has not requested any extension prior to this request.

## III.

Petitioner's request for an extension is based upon the following facts: Petitioner was not informed of the decision of the court of appeals in affirming his case until October 13, 2015. Since that time Petitioner has been attempting to gain legal representation in this matter. His attorney on the appeal, HATTIE SEWELL SHANNON, has informed Petitioner that she will not represent him on the Petition for Discretionary Review.

WHEREFORE, Petitioner prays this Court grant this motion and the deadline for filing the Petition for Discretionary Review in Case NO. 1413994 A, etc to December 30, 2015.

Marcus Lee Benitez
Petitioner, pro se
Texas Department of Criminal Justice
Bill clements Unit
TDC-ID # 1985845. 9601 Spur 591
AMARILLO, Texas 79107-9606

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing First Motion for Extension of Time to File a Petition for Discretionary Review, has been forwarded by U.S. Mail, postage prepaid, First Class, to the Attorney for State, DONNA LOGAN, at 1201 Franklin Houston, Texas 77002, and to the State Prosecuting Attorney, P.O. Box 12405, Austin, Texas 78711 on this the 20th of October, 2015.

I, MARCUS LEE BENITEZ, TDCJ#1985845, being presntly incarcerated in the Bill Clements Unit of the Texas Department of Criminal Justice in Potet county, Texas, verify and declare under penalty that the foregoing statements are true and correct. Executed on this the 20th day of October, 2015.

Marcus Lee Benitez
TDCJ# 1985845
Bill Clements Unit
9601 Spur 591
Amarillo, TX 79107-9606

october, 20, 2015

TO. <u>The Head, Clerk</u>
Court of Criminal Appeals
State of Texas
Supreme Court Building
201 W 14th Street Room #106
Austin, Texas 78701

<u>Dear Clerk,</u>

Enclosed please find my pro se Defendant's Motion for Extension of file Petition for Discretionary Review. Please file Motion and bring it to the attention of the Court.

Please date-Stamp this letter and return it to me at my address shown below.

I also request that you notify me of the Court's ruleing on my Motion please.

also I sent another Motion for Extension to file a Petition for Discretinary Review but I did Not add No. 1413994 A, etc so I'm Sending you one more with No. 1413994 A, etc. I pray that's the right No. I sent the same no. to the Attorney for State, Donna Logan, and to the State Prosecuting Attorney so everybody will have the same no.

my info
MARCUS LEE BENITEZ
TDCJ # 1985845
Clements Unit
9601 SPUR 591
AMARILLO, TEXAS
79107-9606

Sincerely,
Marcus Lee Benitez
Pro Se, Defendant